Honorable Alex BONAVITACOLA, President Judge of the Court of Common Pleas of Philadelphia County, et al., Petitioners,

v.

Honorable Edward G. RENDELL, Mayor of the City of Philadelphia, et al., Respondents.

Supreme Court of Pennsylvania.

June 11, 1999.

### ORDER

PER CURIAM:

AND NOW, this 11th day of June, 1999, we **GRANT** the Application for Plenary Jurisdiction. We remand the matter to the Commonwealth Court for expedited consideration and for findings of fact and conclusions of law.

We retain jurisdiction.